Mabel Ohlquist, Plaintiff, *v.* Chester A. Nordstrom, Appellant, and John S. Hickman, Respondent.

(Submitted October 13, 1933; decided October 27, 1933.)

*Thomas R. Wheeler* and *William I. Morey,* appearing specially for appellant.

*Emmet H. Ross* and *Benjamin S. Dean* for respondent.

no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.